# EXHIBIT 1

**True and Correct Copy of Development and License Agreement, dated September 15, 2000, between PDL BioPharma, Inc. and Eli Lilly & Company to Be Submitted Separately With a Motion to Seal Subsequent to Filing of This Complaint**