# EXHIBIT 2

**True and Correct Copy of Amendment No. 1 to the Agreement, dated August 11, 2009, between PDL BioPharma, Inc. and Eli Lilly & Company to Be Submitted Separately With a Motion to Seal Subsequent to Filing of This Complaint**