AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | | |
|---|---|---|
| PDL BioPharma, Inc. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| Eli Lilly and Company | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PDL BioPharma, Inc.

Date:  12/21/2023

*Attorney's signature*

Craig M. McKee (No. 10245-82)
*Printed name and bar number*
WILKINSON GOELLER MODESITT WILKINSON &
DRUMMY, LLP
333 Ohio Street
Terre Haute, IN  47807
*Address*

cmmckee@wilkinsonlaw.com
*E-mail address*

(812) 232-4311
*Telephone number*

(812) 235-5107
*FAX number*