UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PDL BIOPHARMA, INC., | ) |
| *Plaintiff*, | ) ) ) ) |
| v. | ) No. 1:23-cv-02289-RLY-MKK |
| ELI LILLY AND COMPANY, | ) ) ) ) |
| *Defendant*. | ) |

**ORDER GRANTING UNOPPOSED MOTION FOR**
**EXTENSION OF TIME TO ANSWER**

Presently before the Court is Defendant Eli Lilly and Company's Unopposed Motion for Extension of Time to Answer. The Court, being duly advised, hereby **GRANTS** Defendant's Motion. IT IS THEREFORE ORDERED that the Defendant shall have to and including **March 5, 2024**, in which to answer Plaintiff PDL Biopharma Inc.'s Complaint.

Date: 2/16/2024

_M. Kendra Klump_
M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system.