UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PDL BIOPHARMA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 1:23-cv-02289-RLY-MKK |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Defendant | ) | |

**ORDER**

This matter comes before the Court on Plaintiff's Unopposed Motion to Reschedule Initial Pretrial Conference, Dkt. [42]. The Court, having reviewed the matter and being duly advised, **GRANTS** the Motion. The telephonic initial pretrial conference set for April 17, 2024, at 3:00 p.m. is **VACATED and RESET** to **April 26, 2024, at 1:30 p.m. (Eastern).** The Court will contact counsel by separate email through the court's electronic filing system with the call-in information to be used to participate in the conference.

So ORDERED.

Date: 4/15/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF