# UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO:   ALL PARTIES

)   Civil Action No.: 1:23-cv-02289-RLY-MKK
)
)
Pending Case No(s).[1]   )
)
)
)

Pursuant to Local Rule 5-3, the undersigned counsel notifies all parties of the following changes:

|  | *Previous Information:* | *Current Information:* |
|---|---|---|
| **Name:** | James R.P. Hileman | James R.P. Hileman |
| **Law Firm, Company, and/or Agency:** | Kirkland and Ellis LLP | Kirkland and Ellis LLP |
| **Address:** | 300 North LaSalle<br>Chicago, IL 60654 | 333 West Wolf Point Plaza<br>Chicago, IL 60654 |
| **Primary E-mail:** | jhileman@kirkland.com | jhileman@kirkland.com |
| **Secondary E-mail(s):** |  |  |
| **Telephone Number:** | 312-862-7090 | 312-862-7090 |
| **Facsimile:** | 312-862-2200 | 312-862-2200 |

Date: 4/25/2024                                                                 s/ James R.P. Hileman

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.