UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PDL BioPharma, Inc.,<br><br>  Plaintiff,<br><br>v.<br><br>Eli Lilly and Company,<br><br>  Defendant. | Civil Action No.1:23-cv-02289-RLY-MKK |

**JOINT STATUS REPORT**

On March 20, 2024, the parties tendered their Case Management Plan (the "CMP"). ECF No 39. In the CMP, the parties agreed to stay discovery in this matter until (1) donanemab receives FDA approval or (2) the Court denies Lilly's motion to dismiss. *Id.* at 4. The Court exercised its discretion to stay discovery until August 30, 2024, and ordered the parties to file a joint status report within seven days of FDA approval for donanemab. ECF No. 55 at 2.

On July 2, 2024, donanemab received FDA approval. Accordingly, and pursuant to the Court's order, the parties hereby file this joint status report. Under the CMP, the parties' proposed schedule is keyed off FDA approval of donanemab (referred to as the "Trigger Date"). The parties hereby submit that the Trigger Date under the CMP should be July 2, 2024.

Dated:  July 9, 2024

| WILKINSON, GOELLER, MODESITT, WILKINSON & DRUMMY, LLP | KIRKLAND & ELLIS LLP |
|---|---|
| */s/ Craig M. McKee* | */s/ James R.P. Hileman* |
| Craig M. McKee (Attorney No. 10245-82)<br>333 Ohio Street<br>Terre Haute, Indiana 47807<br>Tel: +1 812 232 4311<br>Fax: +1 812 235 5107<br>Email: cmmckee@wilkinsonlaw.com<br>OF COUNSEL:<br><br>David I. Gindler<br>Lauren N. Drake<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>355 South Grand Avenue<br>Suite 2700<br>Los Angeles, CA 90071-1596<br>Tel: +1 213 629 2020<br>Fax: +1 213 612 2499<br>dgindler@orrick.com<br>ldrake@orrick.com<br><br>Carly Romanowicz<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>222 Berkeley Street<br>Suite 2000<br>Boston, MA 02116<br>Tel: +1 617 880 1800<br>Fax: +1 617 880 1801<br>cromanowicz@orrick.com<br><br>Jordan B. Fernandes<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>51 West 52nd Street<br>New York, NY 10019-6142<br>Tel: +1 212 506 5000<br>Fax: +1 212 506 5151<br>jfernandes@orrick.com<br><br>Jessica Stern<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>405 Howard Street<br>San Francisco, CA 94105-2669<br>Tel: +1 415 773 5700<br>Fax: +1 415 773 5759<br>jstern@orrick.com | Todd Vare<br>Amanda Gallagher<br>Barnes & Thornburg LLP<br>11 S. Meridian Street<br>Indianapolis IN 46204<br>Telephone: (317) 231-7735<br>todd.vare@btlaw.com<br>amanda.gallagher@btlaw.com<br><br>James F. Hurst<br>James R.P. Hileman<br>Ryan J. Moorman<br>300 North LaSalle Street<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>james.hurst@kirkland.com<br>james.hileman@kirkland.com<br>ryan.moorman@kirkland.com<br><br>*Attorneys for Defendant*<br>*Eli Lilly and Company* |