UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| PDL BIOPHARMA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:23-cv-02289-RLY-MKK |
| | ) | |
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The Court is in receipt of Parties' Joint Status Report, (dkt. 58), indicating that donanemab received FDA approval on July 2, 2024. The Court stayed discovery pending such FDA approval. (Dkt. 55). As approval has been granted, the Court now, *sua sponte*, lifts the stay of discovery and **ORDERS** the Parties to submit a revised proposed Case Management Plan with specific dates no later than **July 17, 2024**. A Word version of the proposed Case Management Plan shall be emailed to mjklump@insd.uscourts.gov.

So ORDERED.

Date: 7/10/2024

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via CM/ECF