# Exhibit 2

## PDL's Responses and Objections to Interrogatory Nos. 2 and 3