# Exhibit 5
# Email chain between PDL and AbbVie