# Exhibit 6

Message

| | |
|---|---|
| **From**: | Yoo-Lee, Kelly [kelly.yoo-lee@abbvie.com] |
| **Sent**: | 8/13/2024 11:09:01 PM |
| **To**: | Chris Stone [Chris.Stone@pdl.com] |
| **Subject**: | RE: Litigation involving PDL |

EXTERNAL EMAIL

Appreciate the courtesy note, Chris.

I'll alert others within AbbVie Legal and will let you know if we have any questions.

Kind regards,

Kelly

**KELLY YOO-LEE**

Business Legal

**abbvie**

**AbbVie Inc.**

**OFFICE** +1 650-540-6432

**MOBILE** +1 650-421-5456

**EMAIL** kelly.yoo-lee@abbvie.com

This communication may contain information that is proprietary, confidential, or exempt from disclosure. If you are not the intended recipient, please note that any other dissemination, distribution, use or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

**From:** Chris Stone <Chris.Stone@pdl.com>
**Sent:** Tuesday, August 13, 2024 1:42 PM
**To:** Yoo-Lee, Kelly <kelly.yoo-lee@abbvie.com>
**Subject:** [EXTERNAL] Litigation involving PDL

Dear Kelly:

I am writing as a courtesy to inform you that PDL is currently in a lawsuit against Eli Lilly relating to a license agreement between PDL and Eli Lilly and the drug donanemab. The case is PDL BioPharma, Inc. v. Eli Lilly and Company, No. 1:23-cv-02289-RLY-MKK in the Southern District of Indiana. We are currently in the beginning stages of discovery. As discovery progresses, it is possible that documents in AbbVie's possession relating to the humanization work of donanemab may be sought by the parties. We will keep you informed and do our best to reduce any burden on AbbVie. Please let me know if you have any questions.

Regards,

**Chris Stone**
**CEO, General Counsel and Secretary**
**PDL BioPharma, Inc.**
59 Damonte Ranch Parkway, Suite B-375
Reno, NV 89521
775-832-8506 | Chris.Stone@pdl.com

This E-mail message may contain privileged or confidential information, and is for the use of intended recipients only. If you have received this message in error, please immediately advise the sender by reply E-mail and then delete this message.