# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| PDL BioPharma, Inc., | ) |
|     Plaintiff, | ) ) ) |
| v. | )   Case No. 1:23-cv-02289-RLY-MKK |
| Eli Lilly and Company, | ) ) ) |
|     Defendant. | ) |

## DEFENDANT ELI LILLY AND COMPANY'S
## MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant Eli Lilly and Company files this Motion for Summary Judgment against all of the claims of Plaintiff PDL BioPharma, Inc. This Motion is based on the facts and arguments set forth in the Brief in Support of this Motion and the exhibits to the Declaration of Ryan J. Moorman, pursuant to Local Rule 56-1. For the reasons stated in the supporting Brief, judgment should be entered for Lilly and against PDL on all of the claims PDL has asserted in this lawsuit. A proposed order granting Lilly's Motion is filed herewith.

Dated: June 3, 2025                                   Respectfully submitted,

                                                      */s/ Ryan J. Moorman*
                                                      James F. Hurst
                                                      James R.P. Hileman
                                                      Ryan J. Moorman
                                                      Cameron Ginder
                                                      KIRKLAND & ELLIS LLP
                                                      333 West Wolf Point Plaza
                                                      Chicago, Illinois 60654
                                                      Telephone: (312) 862-2000
                                                      Facsimile: (312) 862-2200
                                                      james.hurst@kirkland.com
                                                      james.hileman@kirkland.com
                                                      ryan.moorman@kirkland.com
                                                      cameron.ginder@kirkland.com

                                                      Alina Afinogenova
                                                      KIRKLAND & ELLIS LLP
                                                      200 Clarendon Street
                                                      Boston, MA 02116
                                                      Telephone: (617) 385-7500
                                                      Facsimile: (617) 385-7501
                                                      alina.afinogenova@kirkland.com

                                                      Benjamin A. Lasky
                                                      KIRKLAND & ELLIS LLP
                                                      601 Lexington Avenue
                                                      New York, New York 10022
                                                      Telephone: (212) 446-4800
                                                      Facsimile: (212) 446-4900
                                                      benjamin.lasky@kirkland.com

Todd Vare
J.T. Larson
Amanda Gallagher
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis IN 46204
Telephone: (317) 231-7735
Facsimile: (317) 231-7388
todd.vare@btlaw.com
jt.larson@btlaw.com
amanda.gallagher@btlaw.com

*Counsel for Eli Lilly and Company*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: June 3, 2025                                      Respectfully submitted,

*/s/ Ryan J. Moorman*
Ryan J. Moorman