UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PDL BIOPHARMA, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 1:23-cv-02289-RLY-MKK |
| ELI LILLY AND COMPANY, | ) ) ) |
| Defendant. | ) ) |

**FINAL JUDGMENT**

The court, having granted Defendant's Motion for Summary Judgment, now enters final judgment in favor of Defendant and against Plaintiff.

**SO ORDERED** this 30th day of October 2025.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine Seufert, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.